

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00262-CV

EMILIANO MEDRANO, Appellant § On Appeal from the 67th District Court

V. § of Tarrant County (067-309764-19)

§ January 9, 2025

KERRY INGREDIENTS & FLAVOURS, INCORPORATED, Appellee § Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's summary judgment order. It is ordered that the trial court's summary judgment order is affirmed.

It is further ordered that appellant Emiliano Medrano shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack